ACCEPTED
02-14-00428-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
2/6/2015 10:22:11 AM
DEBRA SPISAK
CLERK

No. 02-14-00428-CR

IN THE

COURT OF APPEALS FOR THE

SECOND SUPREME JUDICIAL DISTRICT OF TEXAS

AT FT. WORTH

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
2/6/2015 10:22:11 AM
DEBRA SPISAK
Clerk

---

ASHTON HARRY MATTHEWS
v.
STATE OF TEXAS

---

Appeal from Cause Number 53745-B from the 78th
Judicial District Court of Wichita County

---

MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANT

TO THE JUSTICES OF THE SECOND COURT OF APPEALS:

COMES NOW ASHTON HARRY MATTHEWS, Appellant and, pursuant to TRAP Rules 38.6[d] and 10.5[b], moves for an extension of time to file the Brief of Appellant in this case:

1. The Notice of Appeal in this cause was filed on or about October 15, 2014; the Clerk's Record and the Reporter's Record were ordered by Appellant on or about that same date.

1

2. On or about December 23, 2014, the Electronic Clerk's Record was filed in this case.

3. On or about January 26, 2015, the Electronic Reporter's Record was filed in this case. Counsel was notified that Appellant's Brief was due for filing on or before February 25, 2015.

4. Counsel respectfully requests an extension of thirty (30) days, or until March 27, 2015, to file Appellant's Brief for the following reason:

a. In addition to this case, undersigned counsel is responsible for preparation and completion of appellant's brief in the following case:

· Cause No. 09-14-00444-CV, *In Re: The Commitment of Bruce Luna*, Appellant's Brief due to be filed on or before February 20, 2015; and

· Cause No. 09-14-00388-CV, *In Re: The Commitment of Roberto Martinez*, Appellant's Reply Brief due to be filed on or before February 12, 2015.

5. This request is being made in order that counsel may present Appellant's arguments in a thorough and proper manner, and not for purposes of delay.

6. This is the first request for extension of time in this case.

7. Appellate counsel for the Special Prosecution Unit has advised undersigned that she will not oppose this request for extension of time.

WHEREFORE, counsel for Appellant prays that she be granted an extension of time until March 27, 2015, in which to file a Brief for Appellant in the above-captioned and numbered cause.

Respectfully submitted,

/s/ Jahnna S. Ward
STATE COUNSEL FOR OFFENDERS
Jahnna S. Ward
State Bar of Texas No. 24086870
Post Office Box 4005
Huntsville, Texas 77342-4005
(512) 406-5969 / telephone
(512) 406-5960 / fax
Jahnna.Ward@tdcj.texas.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this *Motion for Extension of Time to File Appellant's Brief* was served upon opposing counsel noted below, by one or more of the following:  certified mail (return receipt requested), facsimile transfer, or electronic mail (e-mail), this 6th day of February, 2015.

Melinda Fletcher
Special Prosecution Unit
P. O. Box 1744
Amarillo, TX  79501
Facsimile no. 866-923-9253
E-mail address: mfletcher@sputexas.org


/s/ Jahnna S. Ward
Jahnna S. Ward
Attorney for Appellant


## CERTIFICATE OF COMPLIANCE


This document complies with the type-volume limitation of Texas Rule of Appellate Procedure 9.4(i) because this brief contains 292 words.


/s/ Jahnna S. Ward
Jahnna S. Ward
Attorney for Appellant